```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 04829
    ANGELENE TAYLOR
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-8232


-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 05/01/2006 and was confirmed 06/29/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors an estimated 100.00% from remaining funds.

      The case was paid in full 08/20/2007.
-------------------------------------------------------------------------------
 CREDITOR NAME                  CLASS         CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                 PAID             PAID
-------------------------------------------------------------------------------
 A L RUSSELL                    UNSECURED      NOT FILED            .00              .00
 AMERICAN ONLINE                UNSECURED      NOT FILED            .00              .00
 AMERICA ONLINE                 NOTICE ONLY    NOT FILED            .00              .00
 AMERICAN EXPRESS               UNSECURED      NOT FILED            .00              .00
 AMERICAN EXPRESS               UNSECURED      NOT FILED            .00              .00
 AMERICAN LEGAL CORP            UNSECURED      NOT FILED            .00              .00
 AT & T BANKRUPCTY              UNSECURED      NOT FILED            .00              .00
 RISK MANAGEMENT ALTERNAT       NOTICE ONLY    NOT FILED            .00              .00
 AT & T BANKRUPCTY              UNSECURED      NOT FILED            .00              .00
 BMG MUSIC SERVICE              UNSECURED      NOT FILED            .00              .00
 ALLIED INTERSTATE              NOTICE ONLY    NOT FILED            .00              .00
 GOODWIN BRYAN & SCHILL L       UNSECURED      NOT FILED            .00              .00
 EARTHLINK                      NOTICE ONLY    NOT FILED            .00              .00
 CITY OF CHICAGO PARKING        UNSECURED         495.00            .00           495.00
 ARNOLD SCOTT HARRIS            NOTICE ONLY    NOT FILED            .00              .00
 LINEBARGER GOGGAN BLAIR        NOTICE ONLY    NOT FILED            .00              .00
 COMMONWEALTH EDISON            UNSECURED      NOT FILED            .00              .00
 COOK COUNTY STATES ATTOR       UNSECURED      NOT FILED            .00              .00
 CREDIT PROTECTION ASSOCI       UNSECURED      NOT FILED            .00              .00
 DEPENDON COLLECTION SE         UNSECURED      NOT FILED            .00              .00
 DIRECTV                        UNSECURED      NOT FILED            .00              .00
 ALLIED INTERSTATE              NOTICE ONLY    NOT FILED            .00              .00
 DIRECT TV                      NOTICE ONLY    NOT FILED            .00              .00
 FIGIS INC                      UNSECURED          94.93            .00            94.93
 VAN RU CREDIT                  NOTICE ONLY    NOT FILED            .00              .00
 FIRST NATIONAL BANK OF M       UNSECURED      NOT FILED            .00              .00
 HSBC                           UNSECURED      NOT FILED            .00              .00
 HOUSEHOLD AUTO FINANCE         NOTICE ONLY    NOT FILED            .00              .00
 KCA FINANCIAL SERVICES         UNSECURED      NOT FILED            .00              .00
 RADIOLOGY CONSULTANTS          NOTICE ONLY    NOT FILED            .00              .00
 RMI/MCSI                       UNSECURED         650.00            .00           650.00
 FINANCIAL ASSET MANAGEME       NOTICE ONLY    NOT FILED            .00              .00

                       PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 06 B 04829 ANGELENE TAYLOR
```

```
MEMORIAL PARK DISTRICT    UNSECURED       NOT FILED           .00           .00
TCS                       NOTICE ONLY     NOT FILED           .00           .00
MID AMERICA MANAGEMENT    UNSECURED       NOT FILED           .00           .00
MIMIT PC                  UNSECURED       NOT FILED           .00           .00
NATIONAL CHECK CONTROL    UNSECURED       NOT FILED           .00           .00
NATIONWIDE ACCEPTANCE~    UNSECURED             .00           .00           .00
PEKAY & BLITSTEIN PC      NOTICE ONLY     NOT FILED           .00           .00
NCO FINANCIAL             UNSECURED       NOT FILED           .00           .00
AT & T BANKRUPCTY         NOTICE ONLY     NOT FILED           .00           .00
NICOR GAS                 UNSECURED       NOT FILED           .00           .00
NICOR GAS                 NOTICE ONLY     NOT FILED           .00           .00
PCH                       UNSECURED       NOT FILED           .00           .00
REGEN SPINAL REHABILITAT  UNSECURED       NOT FILED           .00           .00
RMI/MCSI                  UNSECURED       NOT FILED           .00           .00
VILLAGE OF BELLWOOD       NOTICE ONLY     NOT FILED           .00           .00
RMI/MCSI                  UNSECURED       NOT FILED           .00           .00
RMI/MCSI                  UNSECURED       NOT FILED           .00           .00
ASSET ACCEPTANCE LLC      UNSECURED          267.82           .00        267.82
ASSET ACCEPTANCE LLC      NOTICE ONLY     NOT FILED           .00           .00
SC SERVICES               UNSECURED       NOT FILED           .00           .00
T MOBILE                  NOTICE ONLY     NOT FILED           .00           .00
T MOBILE                  NOTICE ONLY     NOT FILED           .00           .00
TCF NATIONAL BANK         UNSECURED       NOT FILED           .00           .00
AMERICAN COLLECTION       NOTICE ONLY     NOT FILED           .00           .00
PROFESSIONAL ACCOUNT MGM  NOTICE ONLY     NOT FILED           .00           .00
P A M L L C               NOTICE ONLY     NOT FILED           .00           .00
TCF NATIONAL BANK         NOTICE ONLY     NOT FILED           .00           .00
TELECHECK RECOVERY SERVI  UNSECURED       NOT FILED           .00           .00
UNITED CREDIT NATL BANK   UNSECURED       NOT FILED           .00           .00
UNITED CREDIT NATIONAL B  NOTICE ONLY     NOT FILED           .00           .00
VILLAGE OF FOREST PARK    UNSECURED       NOT FILED           .00           .00
VILLAGE OF FRANKLIN PARK  NOTICE ONLY     NOT FILED           .00           .00
PROVIDIAN NATIONAL BANK   UNSECURED       NOT FILED           .00           .00
RJM AQUISITIONS FUNDING   UNSECURED           64.40           .00         64.40
PORTFOLIO RECOVERY ASSOC  UNSECURED          677.80           .00        677.80
PORTFOLIO RECOVERY ASSOC  UNSECURED          735.59           .00        735.59
LEDFORD & WU              DEBTOR ATTY     2,500.00                    2,500.00
TOM VAUGHN                TRUSTEE                                       303.16
DEBTOR REFUND             REFUND                                        246.48
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 6,035.18

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                        2,985.54

                PAGE  2 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 04829 ANGELENE TAYLOR

```
ADMINISTRATIVE                                          2,500.00
TRUSTEE COMPENSATION                                      303.16
DEBTOR REFUND                                             246.48
                                   ---------------  ---------------
TOTALS                                    6,035.18         6,035.18
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 11/29/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                          PAGE   3
         CASE NO. 06 B 04829 ANGELENE TAYLOR